1  **McDERMOTT WILL & EMERY LLP**
   Ellie Hourizadeh (#204627)
2  2049 Century Park East, 38th Floor
   Los Angeles, CA  90067-3208
3  Telephone:   310-277-4110
   Facsimile:   310-277-4730
4  ehourizadeh@mwe.com

5  Attorneys for Plaintiff,
   DAZADI, INC.

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAZADI, INC. a California corporation, | CASE NO. 2:17-cv-00081-SVW-E |
| Plaintiff, | **PLAINTIFF'S UNOPPOSED *EX PARTE* APPLICATION TO PLACE UNDER SEAL EXHIBIT 1 TO THE DECL. OF E. HOURIZADEH IN SUPPORT OF JOINT STIPULATION TO STAY LITIGATION** |
| v. | |
| SPORT SQUAD, LLC, a Maryland limited liability company; and DOES 1- 10, inclusive, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

**PLEASE TAKE NOTICE** that, pursuant to Central District of California Local Rule 79-5.2, Plaintiff, Dazadi Inc., hereby applies *ex parte* for an order to place under seal Exhibit 1 to the Declaration of Ellie Hourizadeh in support of the joint stipulation to stay the litigation.

On December 15, 2017, Dazadi filed a joint stipulation to stay the litigation. In support of the joint stipulation, Ellie Hourizadeh submitted a declaration. Exhibit 1 to the Decl. of E. Hourizadeh is a copy of the Confidential Settlement Agreement and Mutual Release ("Settlement Agreement") signed by the parties.

Counsel for Defendants has indicated that Defendants do not oppose this *Ex Parte* Application and consent to filing Exhibit 1 to the Decl. of E. Hourizadeh under seal.

Accordingly, Dazadi respectfully requests that this Court grant the Application and place Exhibit 1 to the Decl. of E. Hourizadeh under seal. This Application is supported by the Declaration of Ellie Hourizadeh and the records and files herein.

Dated: December 15, 2017     McDERMOTT WILL & EMERY LLP

By: /Ellie Hourizadeh/
  Ellie Hourizadeh
  Attorneys for Plaintiff,
  Dazadi, Inc.

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

## DECLARATION OF ELLIE HOURIZADEH

I, Ellie Hourizadeh, declare:

1. I am an attorney duly licensed to practice law in the state of California and am admitted to practice before this Court. I am employee counsel with the law firm of McDermott Will & Emery LLP, counsel of record for Dazadi, Inc. ("Dazadi"). I submit this declaration in support of the Dazadi's *Ex Parte* Application to Place Under Seal Exhibit 1 to the Decl. of E. Hourizadeh. I have personal knowledge of the matters set forth herein and if called upon as a witness I could and would competently testify to the statements made in this declaration.

2. On December 14, 2017, the parties signed a Confidential Settlement Agreement and Mutual Release ("Settlement Agreement"). The parties wish to file the Settlement Agreement under seal to allow the parties to stay the litigation and effectuate other terms of the Settlement Agreement.

3. Counsel for Sport Squad indicated that Sport Squad will not oppose this *Ex Parte* Application and consents to filing Exhibit 1 to my declaration under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on December 15, 2017, in Los Angeles, California.

       /Ellie Hourizadeh /
Ellie Houirzadeh

DM_US 87455013-1.073799.0045

- 3 -

*EX PARTE* APPLICATION TO PLACE UNDER SEAL EXHIBIT 1 TO DECL. OF E. HOURIZADEH